IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Deborah Shuster,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-CV-468 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| **Solid Waste Authority of Central Ohio,** | : | Magistrate Judge Jolson |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Deborah Shuster ("Plaintiff") and Defendant Solid Waste Authority of Central Ohio ("Defendant") (collectively, the "Parties"), by and through their respective undersigned Counsel, hereby stipulate that this action is dismissed with prejudice, with each party to bear its own costs. The Parties further stipulate that the Court shall retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| *s/Laren E. Knoll* | *s/Cory Catignani (email authority 4.19.2022)* |
| Laren E. Knoll (0070594) | Cory D. Catignani (0084329) |
| **THE KNOLL LAW FIRM, LLC** | Brian W. Dressel (0097163) |
| 7240 Muirfield Drive, Suite 120 | Vorys, Sater, Seymour and Pease LLP |
| Dublin, Ohio 43017 | 52 East Gay Street |
| Telephone: (614) 372-8890 | Columbus, Ohio 43215 |
| Facsimile: (614) 452-4850 | Telephone: 614-464-8326 |
| Email: lknoll@knolllaw.com | Facsimile: 614-464-5241 |
| *Trial Attorney for Plaintiff Deborah Shuster* | Email: cdcatignani@vorys.com |
| | bwdressel@vorys.com |
| | *Attorneys for Defendant Solid Waste Authority of Central Ohio* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically with the Court on this 19th day of April, 2022, via the Court's CM/ECF system, which will send electronic notification of the filing to the Parties.

*s/Laren E. Knoll*
Laren E. Knoll (0070594)
The Knoll Law Firm, LLC
*Trial Attorney for Plaintiff Deborah Shuster*
